IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTION, | ) | |
| | ) | NO:    08 CV 2576 |
| Plaintiff., | ) | |
| v. | ) | |
| | ) | Assigned Judge:    Dow |
| RAFAEEL GUZMAN, individually, and | ) | Magistrate Judge:    Cole |
| d/b/a El Encanto Michoacano, et. al | ) | |

### NOTICE OF FILING

To:    Zane D. Smith
       Zane D. Smith & Associates
       415 N. LaSalle Street, Suite 300
       Chicago, IL  60610

       Please Take Notice that on the 31[th] day of May 2008 the following was filed with the United States Court for the Northern District of Illinois, Eastern Division: **Attorney Appearance Form**

/s/ Pedro Cervantes

Pedro Cervantes
Tristan & Gonzalez, LLC
11 E. Adams, Suite 1100
Chicago, IL  60603
(312) 345-9200
Attorney No.: 6281150

### CERTIFICATE OF SERVICE

I, Pedro Cervantes, an attorney, hereby certify that I caused a copy of the aforementioned First Amended Complaint, referred to herein to be served upon the persons named above at the addresses stated by mailing same, postage prepaid, via the United States Mail at 11 E. Adams, Chicago, IL, 60603 before 5:00 p.m on May 31, 2008.; and sending the same via electronic service courtesy of the CM/ECF system for the Clerk of the United States District Court Northern District of Illinois, Eastern Division.

/s/ Pedro Cervantes