AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

2008 JUN 26 PM 2:4

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER:  CV 08C2576

V.

ASSIGNED JUDGE:  JUDGE DOW

Rafael Guzman, indv. and d/b/a El Encanto
Michoacano and El Encanto Michoacano

DESIGNATED
MAGISTRATE JUDGE:  MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

Rafael Guzman
4228 W. 26th Street
Chicago, Illinois  60623

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**



May 6, 2008
Date

AO 440 (Rev. 8/01) Summons in a Civil Action                    RAFAEL GUZMAN

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/18/08 | 2008 JUN 26 |
| NAME OF SERVER *(PRINT)* Kevin McWilliams | TITLE Process Server | U.S. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4228 W 26TH ST. CHICAGO ILLINOIS 60623

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/18/08
             Date                    Signature of Server

4647 W. 103rd St., Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.