**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

JJ Sports Productions, Inc.
                Plaintiff,

v.                                    Case No.: 1:08−cv−02576
                                      Honorable Robert M. Dow Jr.

Rafael Guzman, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 7/10/2008. Defendants' oral motion for extension of time within which to answer or otherwise plead to the complaint is granted to and including 7/21/08. Status hearing set for 8/27/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.