# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

JJ Sports Productions, Inc.

                      Plaintiff,

v.                                           Case No.: 1:08–cv–02576

                                              Honorable Robert M. Dow Jr.

Rafael Guzman, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 8/27/2008. Parties to file a joint status report by 9/26/08. Status hearing set for 9/30/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.